EUGENE KEET, Respondent, *v.* HOWARD MURRIN, Appellant.

(Argued October 7, 1932; decided October 25, 1932.)

*John H. Broderick* and *Thomas H. Guy* for appellant.
*Jacob M. Frankel* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CROUCH, J.